IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| IN RE: ) | |
| The Sealing of the Criminal Complaint ) | CASE NUMBER  4:24-mj-3 |
| And the Application and Affidavit ) | |
| In Support of the Criminal Complaint ) | **UNDER SEAL** |

FILED JAN 1 8 2024 CLERK, U.S. DISTRICT COURT NORFOLK, VA

ORDER SEALING CRIMINAL COMPLAINT

Upon motion of the United States Attorney and pursuant to Local Criminal Rule 49(B), the Court finds that sealing of the criminal complaint and the application and affidavit in support of the criminal complaint is necessary to avoid the possibility that, with such notice, the target or others may destroy or tamper with evidence, take steps to hide their activities, or otherwise seriously jeopardize the investigation.

~~It is hereby ORDERED that the criminal complaint and the application and affidavit in support of the criminal complaint are sealed until further Order of this Court.~~ It is hereby ORDERED that the criminal complaint and the application and affidavit in support of the criminal complaint are sealed until further Order of this Court, except that the United States may, without further Order of this Court, provide copies of the warrant, application and affidavit as need be to personnel assisting it in the investigation and prosecution of this matter, and may disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

_____
The Honorable Robert J. Krask
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
January 18, 2024

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

By: _____
Peter G. Osyf
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
721 Lakefront Commons
Suite 300
Newport News, Virginia 236060
Phone: (757) 591-4000
Fax: (757) 591-0895
Peter.Osyf@usdoj.gov