AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JAN 1 8 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America )
v. )
) **Under Seal**
) Case No.: 4:24-mj-3
**FENGYUN SHI** )
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 5 and 6, 2024  in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 49 U.S.C. §§ 46306 & 46307 | Prohibited Operation of Unregistered UAS in Violation of National Defense Airspace |
| 18 U.S.C. §§ 795 & 796 | Photographing Defense Installations and Use of Aircraft for Photographing the Same |

(b)(5)(A) and (b)(6)(A) [handwritten annotations]

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Peter Osyf
Assistant United States Attorney

_____
*Complainant's signature*

Sara Shalowitz, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  January 18, 2024

_____
*Judge's signature*

City and state:  Norfolk, Virginia

The Honorable Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*