IN THE UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                      ) | Case No. 4:24-mj-3 |
| ) | |
| FENGYUN SHI                                  ) | |
| ) | |
| Defendant.                         ) | |

### ORDER ON DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

This matter came before this court on Defendant FENGYUN SHI's Motion to Amend Conditions of Release.

It appearing that this court has jurisdiction to hear and determine this matter, that each party entitle to notice has been notified;

After determining that the facts presented by both parties, and upon consideration of the papers and proceedings, it is therefore,

**Ordered that**

Defendant's motion is hereby GRANTED. Defendant is allowed to move to the address of 800 John Carlyle St, Alexandria, VA 22314.

**IT IS SO ORDERED.**

**SIGNED this** 7th **day of** February, 2024.

/s/
Lawrence R. Leonard
United States Magistrate Judge
United States Magistrate Judge

1

Respectfully submitted,

/s/ Shaoming Cheng
By: Shaoming Cheng
VA Bar # 80218
Cheng Yun Law PLLC
6088 Franconia Road Ste D
Alexandria, VA 22310
Tel: (703) 887-6786
Fax: (888) 510-6158
Email: jcheng@chengyunlaw.com
*Counsel for Defendant*

Dated: February 6, 2024

2

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on 2/6/2024, a copy of the foregoing document was served via email and mail to U.S. Attorney at

Peter Osyf, Esq.
U.S. Attorney's Office
Eastern District of Virginia
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Email: peter.osyf@usdoj.gov

                                                              /s/ Shaoming Cheng
                                                              By: Shaoming Cheng