# GUILTY PLEA TO CRIMINAL INFORMATION – MISDEMEANOR

| Time Set: | 11:30 | Date: | 7/8/2024 |
|---|---|---|---|
| Started: | 11:43 | Presiding Judge: | Lawrence R. Leonard, USMJ |
| Ended: | 12:27 | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | Paul McManus, OCR |
| | | U.S. Attorney: | Peter Osyf |
| | | Defense Counsel: | Shaoming Cheng |
| Case Number: | 4:24mj3 | | ( X ) Retained ( ) Court appointed ( ) AFPD |
| Defendant: | Fenghun Shi | Interpreter: | Victor Chang |

( ) Initial Appearance.

(X) Guilty Plea to ss criminal information.  Counts 5, 6.

(X) Defendant sworn.

(X) Consent to Proceed before U.S. Magistrate Judge.

(X) Acknowledgment of Rights filed in open court.

(X) Court fully advised defendant of rights.

( ) Waiver of indictment filed.

( ) Copy of Criminal Information provided to defendant.

(X) Court explained rights, charge(s) and maximum penalty.  Defendant stated he/she understood.

(X) Court inquired re: plea negotiations

(X) Plea agreement reviewed and filed subject to acceptance of     ( ) No plea agreement.
    guilty plea.

( ) Defendant formally arraigned.

(X) Defendant entered plea of guilty.

( ) Report and Recommendation Concerning Please of Guilty entered and filed in open court.

(X) Court inquired as to voluntariness of plea.

(X) Court inquired as to threats or promises.

(X) Court advised defendant that by pleading guilty the right to a trial by jury is waived.

(X) Defendant satisfied with services of counsel.

(X) Guilty plea accepted by the Court.

(X) Statement of Facts executed and filed.

(X) Court finds defendant guilty.

(X) Continued for pre-sentence report.

(X) Court explained to defendant that by pleading guilty right to appeal is waived, pursuant to plea agreement.

( ) Sentencing set: __TBD__     before U.S. Magistrate Judge Leonard

    ( ) Norfolk    ( ) Newport News

( ) SENTENCE:    ( ) Jail _____    ( ) Probation _____    ( ) Supervised Release _____

    ( ) Fine _____        ( ) Special Assessment _____

( ) Defendant remanded to custody of Marshal.    (X) Continued on previous bond    ( ) additional conditions