# UNITED STATES DISTRICT COURT
for the
District of

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Fengyun Shi | ) Case No. 4:24 mj 3 |
| _____ | ) |
| Defendant | ) |



FILED
IN OPEN COURT

JUL - 8 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X _____
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X _____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X _____
Defendant's signature

_____                    _____
Printed name of defendant's attorney (if any)    Signature of defendant's attorney (if any)

Date: _____    Approved by: _____
                                       Magistrate Judge's signature